UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:22-mj-00058 |
| | : | Assigned to: Judge Faruqui, Zia M. |
| | : | Assign Date: 3/10/2022 |
| v. | : | Description: COMPLAINT W/ ARREST WARRANT |
| **Alonzo Joseph Stallans,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

**IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent with Homeland Security Investigations Raymond Abruzzese, being duly sworn, do hereby state the following:

**I.   INTRODUCTION**

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since in or around March 2003 and I am currently assigned to the Child Exploitation Unit in Dulles, Virginia. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, as well as commercial fraud and immigration fraud. I have gained experience through everyday work relating to conducting these types of investigations. I also have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)) including computer media. Due to my experience and training, I can identify child pornography when I see it. Moreover, I am a federal law enforcement officer who enforces federal criminal laws, including 18 U.S.C. § 2251(a) (attempted production and

1

production of child pornography); 18 U.S.C. § 2422(b) (enticement and attempted enticement of a minor); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 2252(a)(2) (receipt and distribution of child pornography), and I am authorized by law to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Alonzo Joseph Stallans** (date of birth XX/XX/1996) for violations of 18 U.S.C. § 2251(a) (attempted production and production of child pornography); 18 U.S.C. § 2422(b) (enticement and attempted enticement of a minor); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 2252(a)(2) (receipt and distribution of child pornography).

3. The statements contained in this affidavit are based in part on my own investigation, as well as upon information provided by other Special Agents of Homeland Security and law enforcement officers; independent investigation and analysis by law enforcement officers/analysts; and my experience, training and background. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Stallans** has violated 18 U.S.C. § 2251(a) (attempted production and production of child pornography); 18 U.S.C. § 2422(b) (attempted enticement and enticement of a minor); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 2252(a)(2) (receipt and distribution of child pornography),

## II.   PROBABLE CAUSE

4. In December 2021, I received information from the HSI Office in Ottawa Canada. This information detailed an investigation conducted by Canadian law enforcement. Canadian law enforcement had been contacted by the guardian of a 15-year-old female (MV-1) in April 2021. The MV-1 stated she communicated with an individual named Alonzo on Instagram. MV-1

stated Alonzo was using the Instagram account name: Bigdawg5G. MV-1 stated Alonzo sent her unsolicited images and videos of himself masturbating. MV-1 stated prior to Alonzo sending this material they had discussed her age.

5. In February 2022, I received information from the National Center for Missing and Exploited Children. The information received stated the social media platforms: Facebook and Instagram reported a user had distributed suspected child pornography on March 7, 2021. This information further stated the identified accounts are Instagram: cityboy6k and Facebook: JosephFerran2018.

6. On March 10, 2022, HSI Special Agents along with Officers from the Metropolitan Police Department executed a Federal Search warrant issued by the Federal District Court for the District of Columbia. This search warrant was executed at XXXX Connecticut Avenue NW, Apartment XXX, Washington, DC 20015.

7. MPD Detective Mancuso and I conducted an interview with Stallans, who was present at the residence. Prior to asking Stallans any substantive questions, I read Stallans his Miranda warnings. Stallans stated he moved into the listed residence in D.C. in January 2021 and has lived there since that time. Stallans stated the only electronic device he used is a Purple Apple iPhone. Stallans stated prior to this Purple Apple iPhone, he used a Red Apple iPhone.

8. Stallans stated he uses Internet based social media applications to communicate with other individuals on the Internet. Stallans stated he uses/used Snapchat, Instagram, Facebook and Telegram. Stallans stated he had used several different usernames on the listed social media platforms. Stallans further stated he uses/used the account names: "Panamaswag2real" on Snapchat; Bigdawg5G and Cityboy6K on Instagram and JosephFerran2018 on Facebook.

9. Stallans stated he has used Instagram and Snapchat accounts to communicate with minors. Stallans stated he has sent images and videos of himself masturbating to females that he knew were under the age of 18 years. Stallans stated he has also requested females who he knew were under the age of 18 years to send him images and videos of them masturbating and other images of their private areas.

10. Stallans stated on one occasion he communicated with a female 14- or 15-year-old female in Canada. Stallans stated he sent a video and images of himself masturbating to this minor female. Stallans stated the minor female also sent him videos of herself masturbating. Stallans stated he was using the Instagram account, "Bigdawg5G" to communicate with this minor female.

11. Stallans stated he has distributed child pornography on Instagram and Facebook. Stallans stated he sent child pornography to two individuals he knows. Stallans described one of the child pornography files as depicting a minor female who was laying on her back naked and with her legs spread open. Stallans stated this minor was also pulling her legs back. Stallans stated he had distributed between 5-15 files depicting child pornography on Facebook and or Instagram.

12. Stallans stated he uses an onion router to access the dark web. Stallans stated on the dark web he uses search terms such as: 13 year old masturbating. Stallans stated he receives links from other individuals. These links provide him with access to child pornography. Stallans stated he can save the files from the provided links. Stallans stated he has also masturbated to the child pornography files he has found on the dark web.

13. Stallans stated an unknown Hispanic male Instagram user contacted him and asked him if he liked little kids. Stallans stated this unknown Instagram user sent him a video depicting child pornography. Stallans described this video as depicting a minor female naked in a shower or

bathroom.  During this video the minor female masturbates.  Stallans stated after viewing the video he distributed it to other individuals on Instagram.

14. I also viewed Stallans' Telegram account on his phone with his consent and observed he was a member of numerous groups.  A few groups were named 13+ and Young Girl Videos.  I further observed contained within one of the Telegram groups videos depicting child pornography.  Examples of the videos I reviewed are:

   A. A video posted into the group on March 3, 2022.  This video depicts an adult male having a minor female perform oral sex on him. The adult male also vaginally rapes the minor female.

   B. A video posted into the group on March 5, 2022.  This video depicts a minor female performing oral sex on him.

15. During law enforcement's search of the listed address a Purple Apple iPhone was located in Stallan's bedroom.  Stallans verified this Apple iPhone was his and provided a four-digit pin code to access the device.

16. Stallans' Apple iPhone was analyzed by a computer forensic agent.  This analysis revealed thumbnail images located on the device.  I viewed some of these thumbnail images and determined in my training and experience that several depicted child pornography.  A few of the thumbnail images I viewed are as follows:

   a. A minor female who is bent over at the waist with her vagina exposed.  The image is zoomed in on her vagina.  This thumbnail was created on the device on December 30, 2021.

   b. A prepubescent female who has her pants pulled down to expose her vagina.  The prepubescent female is using her hands to spread her vagina open.

5

## III. CONCLUSION

**10.** Based on the foregoing, there is probable cause to believe that **Alonzo Joseph Stallans** has violated 18 U.S.C. § 2251(a) (attempted production and production of child pornography); 18 U.S.C. § 2422(b) (enticement of a minor); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 2252(a)(2) (receipt and distribution of child pornography).

Respectfully submitted,

_____
Raymond Abruzzese
HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P.4.1 by electronic reliable means, by telephone, this 10th day of March 2022.

_____
ZIA FARUQUI,
UNITED STATES MAGISTRATE JUDGE